**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IVAN ORAMA,

        Plaintiff,

v.                                          CASE NO. 6:11-CV-954-Orl-36GJK

AUTOMOTIVE LINK, INC.
and ALFREDO CRISTY,

        Defendants.

_____/

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Gregory J. Kelly, filed on August 27, 2012 (Doc. 36).  In the Report and Recommendation, the Magistrate Judge finds that the parties' Agreement for attorneys' fees and costs is reasonable and recommends that the Court grant the parties' Joint Amended Motion to Approve Settlement and Dismiss Case (Doc. 35).  *See* Doc. 36.  On August 27, 2012, the parties filed a Joint Certificate of Non-Objection to the Magistrate's Report and Recommendation (Doc. 37).  As such, this matter is ripe for review.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed,  and approved in all respects.  The Court is satisfied that the Agreement reached between the parties is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor

Standards Act ("FLSA").  *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982); 29 U.S.C. § 216.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1.     The Report and Recommendation of the Magistrate Judge (Doc. 36) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     The parties' Joint Amended Motion to Approve Settlement and Dismiss Case (Doc. 35) is **GRANTED**.  The amount allocated under the Settlement Agreement (Doc. 35, Ex. 1) is **APPROVED**, as the attorneys' fees and costs are reasonable.

3.     This action is **DISMISSED**, with prejudice.

4.     The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Orlando, Florida on September 4, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD